**William D. ROGERS, Respondent,**

v.

**Michael S. CORNETT, Appellant.**

**WD79577**

Missouri Court of Appeals,
Western District.

FILED: January 31, 2017

Wesley M. Rogers, KCMO, for respondent.

Thomas E. Hankins, Gladstone, MO, for appellant

Before Division Three: Alok Ahuja, P.J., and Victor C. Howard and James E. Welsh, JJ.

## ORDER

Per Curiam

The Circuit Court of Clay County entered judgment in favor of Respondent William Rogers in his unlawful detainer action against Appellant Michael Cornett. Cornett appeals. He argues that the judg-

ment must be reversed, and the case remanded for a new trial, because the circuit court erroneously rejected his demand for a jury trial on the ground that it was untimely. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).